**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**
Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Phillip B. Nghiem, Esq. (State Bar No. 291525)
4667 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
PH: (949) 200-8755
FX: (866) 843-8308

**AITKEN*AITKEN*COHN**
Darren O. Aitken, Esq. (State Bar No. 145251)
Casey R. Johnson, Esq. (State Bar No. 223523)
3 MacArthur Place, Suite 800
P.O. Box 2555
Santa Ana, CA 92707-2555
PH: (714) 434-1424
FX: (714) 434-3600

Attorneys for Plaintiff: DAVID MEHRAZAR

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEHRAZAR, on behalf of himself and of all others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>THE SOCIAL GROUP, a business entity form unknown, KELLY HOLDINGS, A California Limited Liability Corporation, GREENLAW PARTNERS, a California Limited Liability Company, SUTRA, a business entity form unknown, IDENTITY MANAGEMENT GROUP, a business entity form unknown, and DOES 1 to 10, inclusive,<br><br>DEFENDANTS. | District Case No.: 8:14-cv-01189<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

1

# PROOF OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 4667 MacArthur Blvd., Suite 150, Newport Beach, CA 92660.

On October 8, 2014, I served the true copies of the foregoing document described as **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** on the interested parties in this action, addressed as follows:

**Served Electronically Via the Court's CM/ECF System:**

Hsiao Chun Mao, Esq.
**Dillingham and Murphy LLP**
225 Bush Street 6th Floor
San Francisco, CA 94104
415-397-2701

Louis Harrison Castoria, Esq.
**Wilson Elser Moskowitz Edelman & Dicker**
650 California Street, Suite 1400
San Francisco, CA 94108

Sheila Pham, Esq.
**Kaufman Dolowich and Voluck LLP**
425 California Street Suite 2100
San Francisco, CA 94104

**Served By United States Postal Service:** The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California prior to the time for collection on that day:

George Moschopoulos, Esq.
**The Law Office of George Moschopoulos, APC**
34197 Pacific Coast Highway, Suite 100
Dana Point, CA 92629

I certify under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this affidavit was executed on October 8, 2014.

Amy Olmedo

---

**CERTIFICATE OF SERVICE**

2