GEORGE P. MOSCHOPOULOS (SBN 249905)
**THE LAW OFFICE OF**
**GEORGE MOSCHOPOULOS, APC**
34197 Pacific Coast Highway, Suite 100
Dana Point, California 92629
Telephone: 714.904.1669
Facsimile:   949.272.0428

Attorneys for Defendant THE SOCIAL GROUP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEHRAZAR, on behalf of himself and of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE SOCIAL GROUP, a business entity form unknown; KELLY HOLDINGS, a California Limited Liability Corporation; GREENLAW PARTNERS, a California Limited Liability Company; SUTRA, a business entity form unknown; IDENTITY MANAGEMENT GROUP;  a business entity form unknown; and DOES 1 to 10, inclusive. <br><br> Defendants. | **SACV 14-01189 SVW (MANx)** <br><br> **[CLASS ACTION]** <br><br> **[HON. STEVEN V. WILSON PRESIDING]** <br><br> **DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 ET. SEQ.** <br><br> **Jury Trial Demanded** <br><br> **Complaint Filed: July 28, 2014** |

    Defendant THE SOCIAL GROUP (hereinafter "Defendant") by and through

its counsel of record, hereby responds to and answers the Complaint of Plaintiff

David Mehrazar (hereinafter "Plaintiff") and assert its affirmative defenses as

follows:

- 1 -
**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
*[Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)]*

# INTRODUCTION

1.      In response to Paragraph 1 of the Complaint, Defendant denies each and every allegation contained therein.

2.      In response to Paragraph 2 of the Complaint, Defendant denies each and every allegation contained therein.

3.      In response to Paragraph 3 of the Complaint, Defendant denies each and every allegation contained therein.

4.      In response to Paragraph 4 of the Complaint, Defendant denies each and every remaining allegation contained therein.

5.      In response to Paragraph 5 of the Complaint, Defendant denies each and every allegation contained therein.

6.      In response to Paragraph 6 of the Complaint, to the extent the allegations state only conclusions of law, no response is required.  To the extent the allegations contained in Paragraph 6 could be construed to state factual allegations, Defendant denies each and every allegation contained therein.

7.      In response to Paragraph 7 of the Complaint, Defendant denies each and every allegation contained therein.

8.      In response to Paragraph 8 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

# JURISDICTION AND VENUE

9.      In response to Paragraph 9 of the Complaint, to the extent the allegations state only conclusions of law, no response is required.  To the extent the allegations could be construed to state factual allegations, Defendant denies each and every allegation contained therein.

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]

10.    In response to Paragraph 10 of the Complaint, Defendant admits that it engages in business in this District.  Defendant denies each and every remaining allegation contained therein.

## PARTIES

11.    In response to Paragraph 11 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

12.    In response to Paragraph 12 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

13.    In response to Paragraph 13 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

14.    In response to Paragraph 14 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

15.    In response to Paragraph 15 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

16.    In response to Paragraph 16 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

17.    In response to Paragraph 17 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

18.    In response to Paragraph 18 of the Complaint, Defendant denies each and every allegation contained therein.

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]

1    19.    In response to Paragraph 19 of the Complaint, Defendant is without
2  knowledge or information sufficient to form a belief as to the truth of the allegations
3  contained therein, and, therefore, denies each and every allegation contained therein.

4    20.    In response to Paragraph 20 of the Complaint, Defendant is without
5  knowledge or information sufficient to form a belief as to the truth of the allegations
6  contained therein, and, therefore, denies each and every allegation contained therein.

7    21.    In response to Paragraph 21 of the Complaint, Defendant is without
8  knowledge or information sufficient to form a belief as to the truth of the allegations
9  contained therein, and, therefore, denies each and every allegation contained therein.

10    22.    In response to Paragraph 22 of the Complaint, Defendant admits that it
11  conducts business in the State of California and in the County of Orange.  Defendant
12  denies each and every remaining allegation contained therein.

13                          **FACTUAL ALLEGATIONS**

14    23.    In response to Paragraph 23 of the Complaint, Defendant is without
15  knowledge or information sufficient to form a belief as to the truth of the allegations
16  contained therein, and, therefore, denies each and every allegation contained therein.

17    24.    In response to Paragraph 24 of the Complaint, Defendant is without
18  knowledge or information sufficient to form a belief as to the truth of the allegations
19  contained therein, and, therefore, denies each and every allegation contained therein.

20    25.    In response to Paragraph 25 of the Complaint, Defendant is without
21  knowledge or information sufficient to form a belief as to the truth of the allegations
22  contained therein, and, therefore, denies each and every allegation contained therein.

23    26.    In response to Paragraph 26 of the Complaint, Defendant is without
24  knowledge or information sufficient to form a belief as to the truth of the allegations
25  contained therein, and, therefore, denies each and every allegation contained therein.

26    27.    In response to Paragraph 27 of the Complaint, Defendant is without
27  knowledge or information sufficient to form a belief as to the truth of the allegations
28  contained therein, and, therefore, denies each and every allegation contained therein.

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]

28.     In response to Paragraph 28 of the Complaint, Defendant denies each and every allegation contained therein.

29.     In response to Paragraph 29 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

## CONTACT WITH PLAINTIFF

30.     In response to Paragraph 30 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

31.     In response to Paragraph 31 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

32.     In response to Paragraph 32 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

33.     In response to Paragraph 33 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

34.     In response to Paragraph 34 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

35.     In response to Paragraph 35 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

36.     In response to Paragraph 36 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
*[Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)]*

37.     In response to Paragraph 37 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

38.     In response to Paragraph 38 of the Complaint, Defendant denies each and every allegation contained therein.

39.     In response to Paragraph 39 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

40.     In response to Paragraph 40 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

41.     In response to Paragraph 41 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

42.     In response to Paragraph 42 of the Complaint, Defendant denies each and every allegation contained therein.

43.     In response to Paragraph 43 of the Complaint, Defendant denies each and every allegation contained therein.

44.     In response to Paragraph 44 of the Complaint, Defendant denies each and every allegation contained therein.

45.     In response to Paragraph 45 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

46.     In response to Paragraph 46 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]

47.     In response to Paragraph 47 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

48.     In response to Paragraph 48 of the Complaint, Defendant denies each and every allegation contained therein.

## CLASS ACTION ALLEGATIONS

49.     In response to Paragraph 49 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

50.     In response to Paragraph 50 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

51.     In response to Paragraph 51 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

52.     In response to Paragraph 52 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

53.     In response to Paragraph 53 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

54.     In response to Paragraph 54 of the Complaint, Defendant admits the allegations contained therein.

55.     In response to Paragraph 55 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, therefore, denies each and every allegation contained therein.

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]

1    56.    In response to Paragraph 56 of the Complaint, to the extent the
2  allegations state only conclusions of law, no response is required.  To the extent the
3  allegations contained in Paragraph 6 could be construed to state factual allegations,
4  Defendant denies each and every allegation contained therein.

5    57.    In response to Paragraph 57 of the Complaint, Defendant is without
6  knowledge or information sufficient to form a belief as to the truth of the allegations
7  contained therein, and, therefore, denies each and every allegation contained therein.

8    58.    In response to Paragraph 58 of the Complaint, Defendant is without
9  knowledge or information sufficient to form a belief as to the truth of the allegations
10  contained therein, and, therefore, denies each and every allegation contained therein.

11    59.    In response to Paragraph 59 of the Complaint, Defendant is without
12  knowledge or information sufficient to form a belief as to the truth of the allegations
13  contained therein, and, therefore, denies each and every allegation contained therein.

14    60.    In response to Paragraph 60 of the Complaint, Defendant denies each
15  and every allegation contained therein.

16    61.    In response to Paragraph 61 of the Complaint, Defendant is without
17  knowledge or information sufficient to form a belief as to the truth of the allegations
18  contained therein, and, therefore, denies each and every allegation contained therein.

19
20    **FIRST CAUSE OF ACTION**
21    **(Violation of the Telephone Consumer Protection Act, 47 U.S.C.**
22    **§ 227(b)(1)(A) and Implementing Regulations, 47 C.F.R. § 64.1200(a)(1),**
23    **On Behalf of Plaintiff and the Class)**

24    62.    In response to Paragraph 62 of the Complaint, Defendant re-alleges and
25  incorporates herein by reference each and every response to Paragraphs 1 through 61
26  hereof.

27    63.    In response to Paragraph 63 of the Complaint, to the extent the
28  allegations state only conclusions of law, no response is required.  To the extent the

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]

allegations contained in Paragraph 63 could be construed to state factual allegations, Defendant denies each and every allegation contained therein.

64.     In response to Paragraph 64 of the Complaint, to the extent the allegations state only conclusions of law, no response is required.  To the extent the allegations contained in Paragraph 64 could be construed to state factual allegations, Defendant denies each and every allegation contained therein.

65.     In response to Paragraph 65 of the Complaint, Defendant denies each and every allegation contained therein.

66.     In response to Paragraph 66 of the Complaint, Defendant denies each and every allegation contained therein.

67.     In response to Paragraph 67 of the Complaint, Defendant denies each and every allegation contained therein.

68.     In response to Paragraph 68 of the Complaint, Defendant denies each and every allegation contained therein.

69.     In response to Paragraph 69 of the Complaint, Defendant denies each and every allegation contained therein.

70.     In response to Paragraph 70 of the Complaint, Defendant denies each and every allegation contained therein.

71.     In response to Paragraph 71 of the Complaint, Defendant denies each and every allegation contained therein.

## PRAYER FOR RELIEF

72.     The remaining paragraphs in the Complaint constitute Plaintiff's prayers for judgment to which no answer is required.  To the extent that the prayers for judgment purport to state any factual allegations, Defendant denies each and every allegation contained therein.  Defendant denies that Plaintiff and any purported class have sustained any damages.  Defendant denies that Plaintiff and any purported class

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
*[Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)]*

are legally or factually entitled to recover any monetary damages or equitable relief against Defendant.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, subject to discovery, based upon information and belief, and without assuming the burden of proof on any issue for which Plaintiff bears the burden of proof, Defendant hereby asserts the following affirmative defenses:

### First Affirmative Defense

### (Failure to State a Claim for Relief)

Plaintiff's Complaint and each cause of action therein in whole or in part fail to state a claim against Defendant upon which relief may be granted.

### Second Affirmative Defense

### (Consent)

The Complaint and each cause of action therein are barred to the extent that Plaintiff provided Defendant, or any other defendants, with consent for the alleged calls, including, without limitation, "prior express consent" under the TCPA.

### Third Affirmative Defense

### (Unconstitutional Vagueness and Over-Breadth)

Interpretations of the TCPA upon which the Plaintiff's Complaint is based are unconstitutionally vague and overbroad and thus violate the due process clause of the Fifth Amendment to the United States Constitution, and the due process provisions of the Fourteenth Amendment to the United States Constitution.

### Fourth Affirmative Defense

### (No Duplicative Relief)

To the extent that any relief sought by Plaintiff would be duplicative of relief sought by other plaintiffs in the lawsuits, subjecting Defendant to the

- 10 -

1 | possibility of multiple recoveries, such recovery is barred by the Fifth and
2 | Eighth Amendments of the United States Constitution.

### Fifth Affirmative Defense

### (Settlement Credits)

In the event that a settlement is reached between Plaintiff or any other purported class member, on the one hand, and any other person or entity on the other hand, Defendant is entitled to any settlement credits permitted by law.

### Sixth Affirmative Defense

### (Lack of Control)

Any purported damages to Plaintiff or the purported class members, which Defendant continues to deny, are the result of acts or omissions of persons or entities over whom Defendant had neither control nor responsibility.

### Seventh Affirmative Defense

### (Defenses Specific to Class Members)

Defendant may have additional unique affirmative defenses applicable to different members of Plaintiff's proposed class.  Defendant reserves the right to assert such additional affirmative defenses as the need arises, insofar as class certification has not been granted and is not appropriate in this case.

### Eighth Affirmative Defense

### (Excessive Penalties)

The statutory penalties sought by Plaintiff and members of the proposed class are excessive and thus violate the due process clause of the Fifth Amendment to the United States Constitution, and the due process provision of the Fourteenth Amendment to the United States Constitution.

### Ninth Affirmative Defense

### (Lack of Standing)

Plaintiff and members of the proposed class have suffered no injury and do not have standing to assert TCPA claims against Defendant.

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Tenth Affirmative Defense**

**(Waiver and Estoppel)**

Plaintiff and members of the proposed class have waived their right to recover herein, in whole or in part, and/or are also barred by the doctrine of estoppel.

**Eleventh Affirmative Defense**

**(Third Parties)**

The matters that are the subject of this Complaint and the actions therein complained of are attributable to third parties over whom Defendant had no control or right to control, and recovery is therefore barred or proportionately reduced accordingly.

**Twelfth Affirmative Defense**

**(Substantial Compliance with Laws)**

Defendant is not liable to Plaintiff or members of any purported class because Defendant acted reasonably and with due care and substantially complied with all applicable statutes, regulations, ordinances, and/or other laws.

**Thirteenth Affirmative Defense**

**(No Liability)**

Defendant is not liable to Plaintiff or members or any purported class because Defendant did not use an "Automatic Telephone Dialing System" as defined under 47 U.S.C. § 227.

**Fourteenth Affirmative Defense**

**(Proportional Allocation of Fault)**

Any damage, loss or liability sustained by Plaintiff or members of any purported class must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than Defendant, including other parties in this case and/or third parties, under the principles of equitable allocation, recoupment, set-off, proportionate responsibility, and/or comparative fault.

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
*[Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)]*

1

## **Fifteenth Affirmative Defense**

2

### **(Not Knowing or Willful)**

3      Plaintiff is precluded from any recovery from Defendant for willful and

4  knowing violation of the TCPA because any such violation (which Defendant denies

5  occurred) would not have been willful or knowing.

6

## **Sixteenth Affirmative Defense**

7

### **(Limits on Punitive or Exemplary Damages)**

8      Plaintiff and any purported class are not entitled to recover any punitive,

9  exemplary, treble or other such damages and any allegations with respect thereto

10  should be stricken because:

11      a.   Plaintiff and any purported class have not pleaded facts justifying

12           an award of such damages with the required level of specificity;

13      b.   Plaintiff and any purported class cannot prove facts sufficient to

14           support allegations of willfulness, oppression, fraud, malice or other

15           conduct justifying an award of such damages; and/or

16      c.   Plaintiff and any purported class cannot prove that Defendant

17           authorized, approved or ratified an act of willfulness, oppression,

18           fraud or malice allegedly committed by an employee or agent.

19

## **Seventeenth Affirmative Defense**

20

### **(Remote and Speculative Damages)**

21      Plaintiff and any purported class' claimed damages are remote, speculative and

22  uncertain and, as such, are not legally recoverable.

23

## **Eighteenth Affirmative Defense**

24

### **(Reservation of Rights)**

25      Defendant reserves the right to raiser additional defenses to which it may be

26  entitled or which may develop in the course of discovery.

27

28

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]

WHEREFORE, Defendant requests that the Court enter judgment against Plaintiff:

1. That Plaintiff take nothing by reason of the Complaint;

2. That judgment be entered for Defendant in this action;

3. That Defendant be awarded its costs of suit;

4. That Defendant be awarded its reasonable attorney's fees incurred in responding to this action; and

5. That Defendant be granted any and all other relief to which this Court deems it justly entitled.

## **TRIAL BY JURY**

Defendant hereby demands a trial by jury on all causes of action so triable herein.

Dated: October 10, 2014

THE LAW OFFICE OF
GEORGE MOSCHOPOULOS, APC

By: _____
George Moschopoulos
Attorneys for Defendant
THE SOCIAL GROUP

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT**
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]

**PROOF OF SERVICE**

I hereby certify that I am over the age of 18 years, not a party to the action, and am employed by The Law Office of George Moschopoulos, APC, 34197 Pacific Coast Hwy., Suite 100, Dana Point, California 92629.

On the <u>October 10, 2014</u>, I served a copy of:

**DEFENDANT THE SOCIAL GROUP'S ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 ET. SEQ.**

via the means described below, on the following individuals and entities:

Mr. Casey R. Johnson, Esq.
*casey@aitkenlaw.com*
Mr. Darren O'Leary Aitken, Esq.
*darren@aitkenlaw.com*
**Aitken Aitken Cohn**
3 MacArthur Place, Suite 800
PO Box 2555
Santa Ana, CA 92707-2555
Attorneys for Plaintiff,
  DAVID MEHRAZAR AND
  ALL OTHERS SIMILARLY
  SITUATED

Mr. Joseph R. Manning, Esq.
*manningjr@aol.com*
Mr. Michael J. Manning, Esq.
*mike@manninglawoffice.com*
Mr. Phillip B. Nghiem, Esq.
*philn@manninglawoffice.com*
**The Law Offices of Joseph R. Manning Jr., APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Attorneys for Plaintiff,
  DAVID MEHRAZAR AND
  ALL OTHERS SIMILARLY
  SITUATED

___**X**___   (By Electronic Mail): by sending the above document via e-mail to the Clerk of the Court using the ECF system which will send notification of such filing to the parties listed above.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 10, 2014 at Dana Point, California.

George Moschopoulos

- i -

PROOF OF SERVICE
[*Mehrazar v. The Social Group, et al., SACV 14-01189 SVW (MANx)*]