FILED
CLERK, U.S. DISTRICT COURT
Jan 13, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEHRAZAR, on behalf of himself and of all others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>THE SOCIAL GROUP, a business entity form unknown, RICHARD KELLY HOLDINGS, A California Limited Liability Corporation, GREENLAW PARTNERS, a California Limited Liability Company, SUTRA, a business entity form unknown, IDENTITY MANAGEMENT GROUP, a business entity form unknown, and DOES 1 to 10, inclusive,<br><br>DEFENDANTS. | Case No.: 8:14-cv-01189-SVW-MAN<br><br>[~~PROPOSED~~] ORDER<br><br>JS-6 |

**Stipulation of Dismissal**

1

1 | Based on the Stipulation of counsel, the case is dismissed without
2 | prejudice as to Plaintiff David Mehrazar and the Putative Class, each party to bear
3 | its own attorneys' fees and costs.

Date:___January 13, 2015___  _____
Judge: Stephen V. Wilson

**Stipulation of Dismissal**

2